UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Pauline Brooks,
on behalf of Michelle Valent, and
Michelle Valent,

    Plaintiffs,

v.

Carolyn Colvin, *et al.*,

    Defendants.
_____/

Case No.: 16-cv-11720
Hon. Matthew F. Leitman
Mag. Judge David R. Grand

**STIPULATION and ORDER ALLOWING SECOND AMENDED COMPLAINT AND DISMISSAL OF CERTAIN CLAIM WITHOUT PREJUDICE**

The parties, through counsel, hereby stipulate that Plaintiff be allowed to file a second amended complaint challenging the Civil Money Penalty and/or assessment in lieu of damages under section 1129(a)(1) of the Social Security Act issued against her and otherwise appealing the Recommended Decision of the Department of Health and Human Services, Departmental Appeals Board, Appellate Division, Docket No. A-15-104, November 30, 2015, which became final on March 15, 2016.  Upon the filing of the Second Amended Complaint, all other claims, to the extent stated by Plaintiff, shall be considered dismissed without prejudice.

                                                  Daniel L. Lemisch
                                                  Acting United States Attorney

/s/ Paul F. Doherty
Paul F. Doherty (P36579)
Attorney for Plaintiff

/s/ Laura Anne Sagolla
Laura Anna Sagolla (P63951)
Assistant United States Attorney
Attorney for Federal Defendants

Dated: August 15, 2017

Dated: August 15, 2017

**IT IS SO ORDERED.**

<u>s/David R. Grand</u>

David R. Grand
United States Magistrate Judge