# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHELLE VALENT,

    Plaintiff,                                             Case No. 16-cv-11720
                                                                                    Hon. Matthew F. Leitman

v.

CAROLYN COLVIN, *et al.*,

    Defendants.

_____/

## STIPULATED ORDER TRANSFERING CASE TO THE
## UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

    WHEREAS, Plaintiff was assessed a Civil Money Penalty (CMP) in the amount of $75,000 and an assessment of $51,410 imposed by SSA Counsel for the Inspector General (SSA IG) pursuant to section 1129(a)(1) of the Social Security Act (the Act), 42 U.S.C. § 1320a-8(a)(1);

    WHEREAS, these penalties were affirmed by Department of Health and Human Services, Departmental Appeals Board, Appellate Division in an Opinion dated November 30, 2015, Docket No. A-15-104, which became final on March 16, 2016,

    WHEREAS, Plaintiff seeks judicial review of the Final Opinion pursuant to 28 USC § 1320a-8(d)(1) but, erroneously, filed her request for review in this court;

WHEREAS, the interests of justice dictate that rather than dismissing this case for lack of subject matter jurisdiction, this case be transferred to the United States Court of Appeals, for the Sixth Circuit pursuant to 28 USC § 1631;

NOW, THERFORE, it is hereby ordered that this case be, and hereby is, transferred to the United States Court of Appeals, for the Sixth Circuit.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 8, 2017


**IT IS SO STIPULATED:**

Daniel L. Lemisch
Acting United States Attorney

/s/ Paul F. Doherty                    /s/ Laura Anne Sagolla
Paul F. Doherty (P36579)               Laura Anna Sagolla (P63951)
Attorney for Plaintiff                 Assistant United States Attorney
Doherty Law Offices, P.C.              Attorney for Federal Defendants
702 Notre Dame Street                  U.S. Attorney's Office
Suite 103                              211 W. Fort Street, Suite 2001
Grosse Pointe, MI 48230                Detroit, MI  48226
313-263-4500                           313-226-9100
pdoherty@dohertylawofficespc.com       Laura.Sagolla@usdoj.gov

Dated: September 5, 2017               Dated: September 5, 2017